O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           vs.<br><br>MARTIN MENA SALGADO ,<br><br>           Defendant. | Case No. SA 10-371M<br><br>**ORDER OF DETENTION** |

I

A.    ( )    On motion of the Government in a case allegedly involving:

    1.    ( )    a crime of violence.

    2.    ( )    an offense with maximum sentence of life imprisonment or death.

    3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

    5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1          device or any other dangerous weapon, or a failure to register under 18
2          U.S.C. § 2250.
3    B.    (X)    On motion by the Government/ ( ) on Court's own motion, in a
4    case allegedly involving:
5        1.    (x)    a serious risk that the defendant will flee.
6        2.    ( )    a serious risk that the defendant will:
7            a.    ( )    obstruct or attempt to obstruct justice.
8            b.    ( )    threaten, injure or intimidate a prospective witness or
9            juror, or attempt to do so.
10    C.    The Government ( ) is/ (x) is not entitled to a rebuttable presumption that
11    no condition or combination of conditions will reasonably assure the
12    defendant's appearance as required and the safety or any person or the
13    community.

## II

16 A.    ( )    The Court finds that no condition or combination of conditions
17 will reasonably assure:
18        1.    (X)    the appearance of the defendant as required.
19      ( ) and/or
20        2.    ( )    the safety of any person or the community.
21 B.    ( )    The Court finds that the defendant has not rebutted by sufficient
22 evidence to the contrary the presumption provided by statute.

## III

25 The Court has considered:
26 A.    the nature and circumstances of the offense(s) charged, including
27 whether the offense is a crime of violence, a Federal crime of terrorism, or
28 involves a minor victim or a controlled substance, firearm, explosive, or

1    destructive device;
2    B.    the weight of evidence against the defendant;
3    C.    the history and characteristics of the defendant; and
4    D.    the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:
A.    (X)    As to flight risk:
**Defendant is undocumented.  He has no ties to the community and no bail resources.**
B.    ( )    As to danger:

## VI

A.    ( )    The Court finds that a serious risk exists the defendant will:
   1.    ( )    obstruct or attempt to obstruct justice.
   2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.    The Court bases the foregoing finding(s) on the following:

## VI

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.    IT IS FURTHER ORDERED that the defendant be committed to the

1  custody of the Attorney General for confinement in a corrections facility
2  separate, to the extent practicable, from persons awaiting or serving sentences
3  or being held in custody pending appeal.

4  C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable
5  opportunity for private consultation with counsel.

6  D.   IT IS FURTHER ORDERED that, on order of a Court of the United
7  States or on request of any attorney for the Government, the person in charge
8  of the corrections facility in which defendant is confined deliver the defendant
9  to a United States marshal for the purpose of an appearance in connection with
10 a court proceeding.

12 DATED: September 16, 2010

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE